**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
XIAGUANG DAI,
*on his own behalf and on behalf of others similarly situated*

                               Plaintiff,

                      v.

KO-ZUSHI JAPANESE RESTAURANT, INC.
      d/b/a Ko Sushi Japanese Restaurant;
NEW KO-SUSHI JAPANESE RESTAURANT, INC.
      d/b/a Ko Sushi Japanese Restaurant;
NEW KO SUSHI II JAPANESE RESTAURANT, INC.
      d/b/a Ko Sushi Japanese Restaurant; and
HUI CHEN,
SUI CHEN,
MEIYU CHEN,
MAI JIANG ZHU,
WILLIAM T CHEUNG,
JIMMY TSUO,
LOUIS MIU, and
JIM CAI WANG

                               Defendants.
-------------------------------------------------------------X

**Case No. 17-cv-00440**

**PROPOSED JUDGMENT**

**PROPOSED JUDGMENT**

This action was commenced in the Southern District of New York on January 20, 2017 with the filing of the Complaint (*see* Docket No. 1).

The Summons to the Complaint against Corporation Defendants KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant, New Ko-Sushi Japanese Restaurant, Inc. d/b/a Ko Sushi Japanese Restaurant and New Ko Sushi II Japanese Restaurant, Inc. d/b/a Ko Sushi Japanese Restaurant and Individual Defendants Hui Chen, Sui Chen, Meiyu Chen, Mai Jiang Zhu, Jim Cai Wang, WILLIAM T CHEUNG, Jimmy Tsuo and Louis Miu was issued on January 23, 2017 (*see* Docket No. 5).

Corporate Defendants KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant, New Ko-Sushi Japanese Restaurant, Inc. d/b/a Ko Sushi Japanese Restaurant and New Ko Sushi II Japanese Restaurant, Inc. d/b/a Ko Sushi Japanese Restaurant were propery served the Summons on February 3, 2017 and the Proofs of Service were filed on February 15, 2017 (*see* Dkt. No. 6, 7 and 8).

All the Individual Defendants were properly served on February 3, 2017 and the Proofs of Services were fuled on February 15, 2017 (*see* Dkt. No. 9, 10, 11, 12, 13, 14, 15 and 16).

Corporate Defendants KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant, New Ko-Sushi Japanese Restaurant, Inc. d/b/a Ko Sushi Japanese Restaurant and New Ko Sushi II Japanese Restaurant, Inc. d/b/a Ko Sushi Japanese Restaurant were propery served once again with the Summons on May 30, 2017 and the Proofs of Service were filed on June 12, 2017 (*see* Dkt. No. 17, 18 and 19).

All the Individual Defendants were properly served once again on May 30, 2017 and the Proofs of Services were fuled on June 12, 2017 (*see* Dkt. No. 20, 21, 22, 23, 24, 25, 26 and 27).

Plaintiff filed his first Request for Certificate of Default stating that the KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; NEW KO-SUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; and NEW KO SUSHI II JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; Hui Chen, Sui Chen, Meiyu Chen, Mai Jiang Zhu, Jim Cai Wang, William Cheung, Jimmy Tsuo and Louis Miu were properly served and failed to appear on June 21, 2017 (*see* Docket No. 28). The Plaintiff filed the similar Request for Certificate of Default on June 22, 2017 for the second time.

The Clerk's Certificate of Default against KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; NEW KO-SUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; and NEW KO SUSHI II JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; Hui Chen, Sui Chen, Meiyu Chen, Mai Jiang Zhu, Jim Cai Wang, William Cheung, Jimmy Tsuo and Louis Miu was entered on October 17, 2018 (*See* Docket No. 33).

NOW, on motion of Troy Law, PLLC, the attorneys for the Plaintiffs, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That Plaintiff, XIAGUANG DAI, has judgment jointly and severally against Defendants, KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; NEW KO-SUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; and NEW KO SUSHI II JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; Hui Chen, Sui Chen, Meiyu Chen, Mai Jiang Zhu, Jim Cai Wang, William Cheung, Jimmy Tsuo and Louis Miu in the amount of **$354,210.39** including compensatory damages, permissible liquidated damages and penalties of violations arising under the New York Labor Law ("NYLL"); plus prejudgment interest pursuant to CPLR § 5001, accruing at the nine percent (9%) per annum rate set forth in CPLR § 5004 from May 4, 2011 to entry of judgment, in the amount of **$61,840.25**; plus post-judgment interest pursuant to 28 U.S.C. § 1961.

That Plaintiffs are entitled to recover **$23,000** in legal fees and **$2654.73** in costs jointly and severally from Defendants, KO-ZUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; NEW KO-SUSHI JAPANESE RESTAURANT, INC.d/b/a Ko Sushi Japanese Restaurant; and NEW KO SUSHI II JAPANESE RESTAURANT, INC.d/b/a Ko

Sushi Japanese Restaurant; Hui Chen, Sui Chen, Meiyu Chen, Mai Jiang Zhu, Jim Cai Wang, William Cheung, Jimmy Tsuo and Louis Miu.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL §198(4).

This Document was entered on Docket on _____.

Dated: _____, 20\_\_\_.

_____
**Hon. Loretta A. Preska**

To:
KO-ZUSHI JAPANESE RESTAURANT, INC.
  d/b/a Ko Sushi Japanese Restaurant;
NEW KO-SUSHI JAPANESE RESTAURANT, INC.
  d/b/a Ko Sushi Japanese Restaurant;
NEW KO SUSHI II JAPANESE RESTAURANT, INC.
  d/b/a Ko Sushi Japanese Restaurant;
Hui Chen,
Sui Chen,
Meiyu Chen,
Mai Jiang Zhu,
Jim Cai Wang,
William Cheung,
Jimmy Tsuo
Louis Miu; at:
1619 York Avenue
New York, NY 10028